IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| MICHAEL L. ROLF, SR. ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> THE COCA-COLA COMPANY, ) <br> ) <br> ) <br>     Defendant. ) <br> ) | Case No. 10-0562-CV-W-FJG |

**JUDGMENT IN A CIVIL CASE**

☐     Jury Verdict. This action came before the Court for a trial by jury.

☒     Decision by Court. The issues have been considered and a decision has been rendered by the court.

Defendant's Motion to Dismiss (Doc. #8) is GRANTED.

                                                          AT THE DIRECTION OF THE COURT

Dated: 9/13/2010                          ANN THOMPSON
                                                         Court Executive

                                                          /s/Joella Baldwin
                                                          By: Deputy Clerk